# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

Chief United States Magistrate Judge

Clerk's Minutes – Initial

| Date: | 10/3/2014 | Case Number: | 14mj3303 KBM |
|---|---|---|---|
| Case Title: USA v. | Bentley Streett | Liberty: | Cimmaron @ 9:48 & 10:08 |
| Courtroom Clerk: | E. Romero | Total Time: | 6 minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | n/a |

ATTORNEYS PRESENT:

| Plaintiff: | Shammara Henderson | Defendant: | Pro Se |
|---|---|---|---|

PROCEEDINGS:

- ☒ Defendant Sworn
- ☒ Defendant received copy of charging document
- ☒ Defendant advised of rights and penalties
- ☐ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Preliminary/Detention | Cimarron | 10/6/2014 | @ 9:30
- ☐ Other: