# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Preliminary / Detention

| | | | |
|---|---|---|---|
| Date: | 10/6/2014 | Case Number: | 14-MJ-3303 |
| Case Title: USA v. | Bentley Street | Liberty: | Cimmaron @ 9:46 am |
| Courtroom Clerk: | K. Dapson | Total Time: | 10 Minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | |

ATTORNEYS PRESENT:

| | | | |
|---|---|---|---|
| Plaintiff: | Shammara Henderson | Defendant: | Fred Jones |

PROCEEDINGS:

- ☒ Defendant waives Preliminary hearing
- ☒ Court finds probable cause
- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☒ Other:   Jones-proffer release; USA-proffer detention; Bench Conference