**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 1 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 14-3609 JB |
| Plaintiff, ) | |
| ) | Counts 1 – 2: 18 U.S.C. § 2422(b): |
| vs. ) | Coercion and Enticement; |
| ) | |
| **BENTLEY A. STREETT,** ) | Counts 3 – 4: 18 U.S.C. § 1470: |
| ) | Transfer of Obscene Material to |
| Defendant. ) | Minors. |

## INDICTMENT

The Grand Jury charges that:

### Count 1

On or about November 4, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **BENTLEY A. STREETT**, did knowingly use a facility of interstate commerce to employ, use, persuade, induce, entice, and coerce Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: naked photographs of herself, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a Nokia cellular phone that was manufactured in China, and knowingly persuaded and induced and enticed and coerced Jane Doe to engage in sexual activity, and that this sexual activity would violate New Mexico law, and that Jane Doe was less than eighteen years old at the time of the acts alleged in the indictment.

In violation of 18 U.S.C. § 2422(b).

## Count 2

On or about November 9, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **BENTLEY A. STREETT**, did knowingly use a facility of interstate commerce to employ, use, persuade, induce, entice, and coerce Jane Doe, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: naked photographs of herself, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a Nokia cellular phone that was manufactured in China, and knowingly persuaded and induced and enticed and coerced Jane Doe to engage in sexual activity, and that this sexual activity would violate New Mexico law, and that Jane Doe was less than eighteen years old at the time of the acts alleged in the indictment.

In violation of 18 U.S.C. § 2422(b).

## Count 3

On or about November 30, 2013, in Bernalillo County, in the District of New Mexico, the defendant, **BENTLEY A. STREETT**, did knowingly use the mail and any means and facility of interstate commerce to transfer obscene matter, and did knowingly transfer obscene matter to an individual less than 16 years-old, and the materials in question are obscene matter, and did know at the time of the transfer the general nature of the contents of the matter.

In violation of 18 U.S.C. § 1470.

### Count 4

On or about January 20, 2014, in Bernalillo County, in the District of New Mexico, the defendant, **BENTLEY A. STREETT**, did knowingly use the mail and any means and facility of interstate commerce to transfer obscene matter, and did knowingly transfer obscene matter to an individual less than 16 years-old, and the materials in question are obscene matter, and did know at the time of the transfer the general nature of the contents of the matter.

In violation of 18 U.S.C. § 1470.

### FORFEITURE ALLEGATIONS

Upon conviction of any offense alleged in this Indictment, Defendant **BENTLEY A. STREETT** shall forfeit to the United States pursuant to 18 U.S.C. §§ 2251(a) and 2253:

A. Nokia Lumia 920 cellular telephone.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
PHS
10/20/14 3:03PM

3