# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan K. Khalsa

United States Magistrate Judge

| Clerk's Minutes | Arraignment |
|---|---|

| Date: | 10/30/2014 | Case Number: | 14cr3609 JB |
|---|---|---|---|
| Case Title: USA v. | Bentley A. Streett | Liberty: | Cimmaron @ 9:49 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 2 minutes |
| Probation/Pretrial: | Sandra Avila-Toledo | Interpreter: | n/a |

ATTORNEYS PRESENT:

| Plaintiff: | Shaheen Torgoley | Defendant: | Frederick Jones |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Meet and Confer: 11/9/2014
- ☒ Motions due by: 11/19/2014
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Browning
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant remanded to custody of USMS
- ☐ Defendant released:
- ☐ Other: