IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 14-3609 JB | **DATE:** | March 30, 2015 |
| **CASE CAPTION:** | *USA v. Streett* | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 9:07 a.m. | **COURT IN RECESS:** | 9:26 a.m. = :19 |

**TYPE OF PROCEEDING:** Status Conference

**COURT'S RULING/DISPOSITION:** see below

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**   AUSA to provide form of order

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Shana Long for Shammara Henderson, AUSA | Fred Jones (Appointed) |

**PROCEEDINGS**

**COURT IN SESSION:**   **9:07 a.m.**

**COURT:**   Calls case. Counsel enter appearances. Defendant in custody.

**Court:**   Have entered order declaring case complex – convened today to set case deadlines/settings.

**Ms. Long:**   Have conferred with AUSA Henderson re: case – discovery is onerous because of amount and nature - requires heavy redaction regarding victims. Also, have prepared draft motion for protective order - provided to defense last week – will file after hearing today. Suggests schedule as follows: Govt.'s deadline to redact and produce records as 5/4/15 – aware of ongoing duty to identify and make available additional discovery; Govt. would complete discovery obligations by 6/1/15; as to tangible items in Govt.'s possession, if defense wishes to inspect and/or copy would make available on 4/20/15; defense discovery motions and discovery due by 8/1/15; Govt.'s response(s) to discovery motions due 9/2/15; replies to discovery motions due 9/16/15; pretrial motions due 10/19/15; responses to pretrial motions due 11/2/15; replies to discovery motions due 11/9/15; and JS/JT on January 2016 trailing docket – proposed order to be submitted to Court would

include deadlines for 404(b) motions, *Daubert* motions, motions in limine and proposed jury instructions.

**Court:**   Is this the minimum amount of time needed to be ready for trial?

**Ms. Long:**   Yes.

**9:19 a.m.   Mr. Jones:**   Addresses Court – does not oppose Govt.'s proposed schedule. Informs Defendant is amenable to Govt.'s proposed schedule.

**9:24 a.m.   Ms. Long:**   Proposed schedule assumes case moves along smoothly – is possible would need to seek further continuance.

**Court:**   Have order to submit today?

**Ms. Long:**   AUSA Henderson will be submitting order.

**Court:**   Queries Defendant regarding waiver of speedy trial rights.

Defendant agrees to waive speedy trial rights.

**Court:**   Will sign off on order when submitted – trial date is set for tomorrow - requests form of order be submitted today.

**Ms. Long:**   Will do so.

**Court:**   Anything further?

Counsel inform there is not.

**COURT IN RECESS:**        9:26 a.m.

/