# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

| Clerk's Minutes | Arraignment | | |
|---|---|---|---|
| Date: | 12/28/2015 | Case Number: | 14cr3609 JB |
| Case Title: USA v. | Bentley A. Street | Liberty: | Gila @ 9:46 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 3 minutes |
| Probation/Pretrial: | A. Selph | Interpreter: | n/a |

ATTORNEYS PRESENT:

| Plaintiff: | Shammara Henderson | Defendant: | Frederick Jones |
|---|---|---|---|

PROCEEDINGS:

- ☐ First Appearance of Defendant
- ☒ Defendant received a copy of the Second Superseding Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☐ Motions due by:
- ☐ Discovery Order electronically filed
- ☒ Case assigned to: Judge Browning
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant remanded to custody of the United States Marshal's Service
- ☐ Other: