1

1           IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.           NO:  1:14-CR-03609-JB

6    BENTLEY A. STREETT,

7                    Defendant.

8

9        Transcript of Motion Hearing before The

10   Honorable James O. Browning, United States District

11   Judge, Albuquerque, Bernalillo County, New Mexico,

12   commencing on December 28, 2017.

13   For the Plaintiff:  Ms. Sarah Jane Mease

14   For the Defendant:  Mr. Martin Lopez III

15

16   Also present:  Mr. Bob Cooper

17

18

19

20

21

22       Mary Abernathy Seal, RDR, CRR, NM CCR 69
                Bean & Associates, Inc.
23        Professional Court Reporting Service
          201 Third Street, Northwest, Suite 1630
24            Albuquerque, New Mexico 87102

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

          1             THE COURT:  Please be seated.  Good

          2    morning, everyone.

          3             MS. MEASE:  Good morning.

          4             THE COURT:  I appreciate everyone making

          5    themselves available to me this morning.  All right,

          6    the Court will call United States of America versus

          7    Bentley A. Streett, criminal matter number

          8    14-CR-3609-JB.  If counsel will enter their

          9    appearances.  For the Government.

         10             MS. MEASE:  Good morning, Sarah Mease on

         11    behalf of the United States.

         12             THE COURT:  Ms. Mease, good morning to

         13    you.

         14             And for the Defendant?

         15             MR. LOPEZ:  Yes, good morning, Martin

         16    Lopez, III, representing Mr. Streett.  For the

         17    record, he's personally present as well.

         18             THE COURT:  All right, Mr. Lopez, good

         19    morning to you.  Mr. Streett, good morning to you.

         20             And Mr. Cooper is here as well.

         21             MR. COOPER:  Yes, Your Honor.  Good

         22    morning.

         23             THE COURT:  Good morning, Mr. Cooper.

         24    Thank you for coming.  Does anybody else want to

         25    enter any appearance?  Who is that behind Mr. Cooper



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  there?

2           MRS. STREETT:  Mrs. Streett.

3           THE COURT:  All right.  So you're the

4  mother of Mr. Streett?  Okay.  All right.  Well,

5  welcome to you as well.

6           Well, I got a number of filings here over

7  the last few days, and I guess I was beginning to be

8  concerned about some of the statements made in them,

9  some tensions and inconsistencies between the

10  positions that are being sought.

11          I'm concerned about Mr. Streett.  He's

12  obviously an intelligent person, but if I take what

13  he says at his word, he doesn't want to be pro se,

14  which I think is a good thing, because I don't think

15  that this is -- well, I can't think of a criminal

16  case that would be a good idea to be pro se, but

17  this one seems to have a lot of complexities to it,

18  and that's the reason we declared the case complex.

19  But at the same time, I was reading some things that

20  indicated he wanted to go to trial on Monday, and

21  then I got a withdrawal from Mr. Lopez; I just lost

22  Mr. Cooper.  And so it seemed to me we might be

23  getting into a train wreck here, and I don't think

24  that's a good idea for anybody.  So I thought we'd

25  get together and sort of see what needs to be done.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4

```
1              Let me start with maybe a little bit
2   ancient history, but just make sure we're all on the
3   same page.  I think I got a letter from
4   Mr. Streett's mother, I think I got a filing from
5   Mr. Streett, and it was my understanding that
6   Mr. Cooper wanted out of the case, and Mr. Streett
7   and his mother wanted Mr. Cooper out of the case.
8              I'll turn to you first, Mr. Streett.  Was
9   that the case?  You wanted Mr. Cooper out of your
10  case?
11             THE DEFENDANT:  Yes, sir.
12             THE COURT:  And your mother did too?  That
13  was what the intent of that letter is?  All right.
14             Now, I'm looking at a rather large
15  document, several large documents that Mr. Cooper
16  filed on your behalf that we haven't heard yet.  I
17  have read some of them, and some of them raise some
18  constitutional issues and things like that.  I would
19  assume that even though you don't want Mr. Cooper on
20  the case anymore, you do want the Court to hear
21  those motions.
22             THE DEFENDANT:  Yes, sir.
23             THE COURT:  Those are motions that I'm
24  assuming he talked to you about.
25             THE DEFENDANT:  I knew nothing about them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

1   before they were filed.

2          THE COURT:  Before they were filed.  But

3   you have seen them now.  And you want them to be

4   heard and everything?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  Okay.  All right.  So I guess

7   let me get -- I know there's certain things that

8   Mr. Lopez doesn't want you to say in front of the

9   US, and I don't want to get you in that position

10  either.  So whatever Mr. Lopez tells you, you

11  probably ought to do.  Not probably.  You ought to

12  do.

13          But let me ask a few questions, and

14  Mr. Lopez, feel free to shut me down, but a few

15  things I think we can probably talk about in front

16  of the Government, and then we may need to see if

17  the Government will excuse itself so that we can

18  talk about representation.

19          But it's the trial date that's sort of

20  troubling me.  When we got the original motion that

21  looked like everybody was on board, we took it off

22  the docket.  I know there's not one set.  It's not

23  reset, but we did take that off the docket.  And

24  when I looked at all the motions that we have to

25  hear, I did bring my information or my sort of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  packet for a pretrial conference if people really

2  want to go to trial on Monday, but -- let's see.

3  That would be Tuesday, I guess.  But I'm wondering

4  if that's a good idea, given the amount of motions

5  that need to be heard, and then I need to decide

6  them.  And also there may be a representation issue.

7  And then we haven't had a pretrial conference.  And

8  right now I don't have a jury yet assembled, because

9  we had cancelled that, given that we thought we had

10 an agreement.

11        So I'll ask you, Mr. Lopez, and you,

12 Mr. Streett, A, I assume, Mr. Streett -- let me get

13 this straight -- you don't want to go to trial pro

14 se; is that correct?

15        THE DEFENDANT:  That's correct.  Yes.

16        THE COURT:  So you want an attorney.

17        THE DEFENDANT:  Yes, sir.

18        THE COURT:  And I guess you probably

19 thought about it that given that Mr. Cooper is now

20 off the case and Mr. Lopez is on it, given the

21 volume of documents and things like that, there's no

22 way that Mr. Lopez or probably any other attorney

23 can get to trial on Tuesday of next week.

24        THE DEFENDANT:  Yes, sir.

25        THE COURT:  So are you comfortable taking



SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492
                              PROFESSIONAL COURT                      e-mail: info@litsupport.com
                                  REPORTING SERVICE

1  the trial off for Monday?

2          THE DEFENDANT:  Yes, sir.

3          THE COURT:  Okay.  Did I misread something

4  that indicated that you disagreed with -- I think it

5  was Mr. Cooper's motion of taking it off?  Did I

6  misread something?

7          THE DEFENDANT:  Not as to the trial date.

8  I didn't have any problem with vacation of the date.

9  Just the deadlines that were pending and coming up

10 that needed to be finished by the Government.  Those

11 were my concerns, that those deadlines were met.

12         THE COURT:  Okay.  Can you help me out?  I

13 did go back, in preparation for today, and reread

14 the scheduling order so I would get those in mind.

15 And let me pull it out.  But can you tell me what --

16 so you didn't have any problem with the trial being

17 vacated, but you did have a problem with certain

18 deadlines by the Government being vacated; is that

19 your position?

20         THE DEFENDANT:  Yes, sir.

21         THE COURT:  Okay.  Let me get the

22 deadlines here.  All right.  So I had a scheduling

23 order number 4, and then I have the United States'

24 omnibus motion to stay deadlines which, I guess,

25 based upon that, that is what -- now, that was never

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    entered, the order there; right?

2              MR. LOPEZ:  Correct.

3              THE COURT:  Ms. Behning?

4              MS. BEHNING:  Yes, Judge.

5              THE COURT:  So that's where the dispute

6    is.  All right.  So let me look, then, at the

7    scheduling order.

8              MR. LOPEZ:  Your Honor, it's document 72.

9              THE COURT:  Right.  So it looks to me --

10   let me turn then to Ms. Mease.

11             Up through December 1st, which is the

12   substantive motions deadline, Daubert motions, has

13   the Government met all its obligations up through

14   December 7th when the omnibus motion was filed?

15             MS. MEASE:  Yes, the Government filed an

16   expert notice on whatever day that was due.  And

17   then the only other pending deadline that the

18   Government had was the response to the pretrial

19   motion.

20             THE COURT:  Okay.

21             MS. MEASE:  And that's the subject of my

22   motion to stay deadlines, and I can speak on that if

23   the Court would like to hear the reasoning behind

24   that.

25             THE COURT:  So that's the only deadline

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

9

1    that we're really talking about.

2            MS. MEASE:  Yes.  And then I would have to

3    look at the scheduling order.  I don't know if

4    anything has come up since that December 15th date.

5            THE COURT:  Okay.

6            So are we on the same wavelength,

7    Mr. Streett, that the only deadline you're opposing

8    vacating -- since you agree that the trial should be

9    vacated, the only one you're concerned about is this

10   December 15th deadline?

11           THE DEFENDANT:  That's correct.  I think I

12   indicated in one of my letters that from item 7

13   through 15, I deferred to the Court's decision on

14   that.

15           THE COURT:  Okay.  Well, what if we did

16   this?  Let me ask you this.  What is your concern

17   about giving the Government a little bit more time

18   to prepare the responses?  What is your concern

19   about that?

20           THE DEFENDANT:  The fact that it's been

21   over three years and these deadlines were

22   established almost nine months ago for this, and my

23   counsel at the time did meet our deadlines, and I

24   don't believe that the Government has any reason

25   that they should have any more time from the time



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

10

```
 1  they have already had.
 2          THE COURT:  Okay.  Now, they're not
 3  wanting to file any more motions; correct?
 4          MS. MEASE:  Correct.
 5          THE COURT:  So it's just responses to your
 6  motion.
 7          MR. LOPEZ:  Two motions.
 8          THE COURT:  Two motions.
 9          MR. LOPEZ:  Two substantive motions.
10          THE COURT:  Okay.
11          MS. MEASE:  Your Honor, if I can speak on
12  that, it might help Mr. Streett understand the
13  reasoning behind that.  And I'm not attempting to
14  get into the substance of plea negotiations, but
15  generally I can tell the Court that the plea offer
16  did expire; and oftentimes in the plea negotiation
17  process, the deal, the offer is made contingent on
18  filing a response to pretrial motions.  So our offer
19  deadline passed and we were moving forward.
20          Once I learned that Mr. Cooper was
21  withdrawing and there would be new counsel, I
22  typically -- and intended to in this case -- wanted
23  to give the benefit of the plea offer to new
24  counsel, so I was intending to let Mr. Lopez review
25  the discovery in order to evaluate the same offer
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  that was made to Mr. Streett and that they could

2  discuss that and get back to me and we would come up

3  with a time frame for that.  Once I file responses,

4  that's done.  We're not going to be having pretrial

5  negotiations anymore, and I wanted to extend that

6  courtesy to Mr. Lopez to be able to at least

7  evaluate the previous offer that had been extended.

8             And the second reason was that when I

9  filed that motion, Mr. Lopez had not yet been

10 appointed, I don't believe, and I don't know if he

11 wants those motions filed.  I don't know if he would

12 have different arguments he wanted to make.  I don't

13 know -- I don't know what's happening.  So it

14 seemed, just in terms of efficiency, sort of a waste

15 of time to respond to that if Mr. Lopez is going to

16 come in and want to file different motions to begin

17 with.

18             But if Mr. Streett does not want to

19 evaluate that offer with his new counsel, I'm fine

20 just moving forward.  And I can, you know, come up

21 with a reasonable deadline with the Court, assuming

22 there would be no new motions, substantive motions,

23 and we'll just move forward.  I just was trying to

24 offer him the ability to review the offer with his

25 new lawyer.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

12

```
 1              THE COURT:  All right.  So if I hear what
 2    you're saying -- and correct me if I'm wrong --
 3    you're okay with allowing him with new counsel to
 4    relook at the case and maybe even extend that
 5    December 1 deadline to allow him to file further
 6    motions.
 7              MS. MEASE:  I thought that we would come
 8    up with a mutually agreeable new scheduling order,
 9    was my sort of goal in filing the motion to stay
10    deadlines.  I assumed that the trial would have to
11    be continued because nobody can get through that
12    amount of discovery and prepare that quickly, and I
13    figured that we would come up with a new scheduling
14    order, a new deadline for the Government -- or new
15    pretrial deadline for Mr. Lopez, a new response
16    deadline for the Government, and go forward from
17    there with the understanding that it would be --
18    this case is old, it needs to be disposed of, you
19    know, pretty quickly, and so I was hoping that we
20    could, you know, come up with a pretty reasonable
21    time frame that worked with the Court's schedule as
22    well as both parties.
23              THE COURT:  Let me ask you this.  Would
24    the Government be willing to do this?  Would it be
25    willing to allow Mr. Streett with new counsel to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  file any additional motions that he wants to file so

2  we create a new deadline for him to do that and then

3  sort of a quid pro quo, then we could set up a

4  deadline for you to file responses to the current

5  motions and any new motions that his new attorney

6  wants to file?

7          MS. MEASE:  I would be fine with that,

8  assuming Mr. Lopez stays on the case.

9          THE COURT:  Okay.  Mr. Streett, do you

10  understand what I'm sort of proposing, is that we

11  give you the opportunity -- the Government's not

12  going to file any motions, but we extend your

13  December 1 deadline for you to file additional

14  motions in conjunction with new counsel.  We'll talk

15  about that in a moment.  And then we'll set a

16  deadline for the Government to respond to all those

17  motions at a particular time.  Is that something

18  that would be of interest to you?

19          THE DEFENDANT:  Well, my concern was that

20  the motions were filed, had a deadline to be

21  responded to, and they weren't responded to.  There

22  was nothing that should have caused the Government

23  any harm, caused them not to be able to respond in a

24  timely manner.  And I understand what the Government

25  is suggesting now, but the Government came to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

```
 1   Court and asked for more time.  The Court did not
 2   give them more time.  I would have thought they
 3   would still honor the deadlines that they had set
 4   forth already and not use my counsel's situation as
 5   an excuse to get more time.
 6              THE COURT:  Well, it's actually my
 7   suggestion.  Ms. Mease didn't suggest it.  She's
 8   saying she's okay with it.  But I know that there
 9   may be reasons for people to have done what they did
10   in the past.  I'm just trying to look for a way to
11   move forward, because we're past the deadline here,
12   and we got to set some new deadlines.  That would
13   give you an opportunity to work with your new
14   counsel to see if you wanted to file motions, and
15   then we just set a date by which any responses have
16   to be filed, either the new motions or the old
17   motions.  Could you live with that?
18              THE DEFENDANT:  I would rather not do
19   that, sir.
20              THE COURT:  All right.  All right.
21              THE DEFENDANT:  I want the Court to be
22   able to grant the motions as unopposed since the
23   Government didn't respond in time.
24              THE COURT:  Well, I'm probably not going
25   to do that.  These are very serious motions, and so
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  probably I'm going to get the input of the
 2  Government, one way or another.  And we'll probably
 3  have a hearing on it.
 4          So let's do this.  Let's go ahead and set
 5  a date.  And let me ask you -- I'll start with you,
 6  Mr. Streett -- since we're extending the December 1
 7  deadline to allow you to file additional motions
 8  with your new counsel, what would you think would be
 9  reasonable on that?
10          MS. MEASE:  Your Honor, let me just let
11  the Court know that -- once they're done --
12          MR. LOPEZ:  May I respond --
13          THE COURT:  You may.
14          MR. LOPEZ:  -- on behalf of Mr. Streett?
15          THE COURT:  Sure.
16          MR. LOPEZ:  Mr. Streett's concern
17  throughout my limited time of being his attorney is
18  the Government's failure to comply with the
19  scheduling order deadline.  More importantly, he is
20  aware that the local rule here allows for a 14-day
21  turnaround as well, in which the opposing party is
22  to file a response.  He is opposed to the Court on
23  its own, sua sponte, extending deadlines.  However,
24  he is aware that the Court has discretion to do what
25  the Court is going to do.  He would prefer to have
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

16

1    the Court rule on the two outstanding motions at

2    this time because the Government has failed to

3    comply with either the scheduling order or the local

4    rule.  However, he understands that if the Court

5    decides to sua sponte extend time limits, what's

6    going to have to happen here is -- I have been

7    advised that there is at least 5,000 pages of

8    discovery that either has been produced or will be

9    produced to my office, and I have to look at those

10   5,000 pieces of paper before I can advise him as to

11   whether any additional motions may need to be filed.

12          He does not want to withdraw the motions

13   that Mr. Cooper has presented.  I think they go to

14   the heart of the case.  However, he does not want to

15   be limited, if the Court comes up with another

16   scheduling order, to those two motions until I have

17   an opportunity to review them and speak with him

18   about it.

19          Excuse me.  One other point, Judge.  As an

20   aside, Ms. Mease and myself have been discussing a

21   way to get discovery to Mr. Streett in spite of the

22   protective order.  I think that was one of the

23   impediments in this case.  Basically what has

24   happened here, if I'm not mistaken, just from

25   reading the docket and the pleadings, Mr. Cooper

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    here had pretty much been hamstrung in terms of what

2    we can do.  You know, he can only present the

3    discovery at visits at the jail to Mr. Streett for

4    him to review there.  He cannot take the discovery

5    back to his cell and review them in more detail.

6    And that's been a big problem in this case.

7            And Ms. Mease has come up with a suggested

8    solution to that, and that is to go through the

9    discovery and redact certain things which she

10   believes to be -- and correct me if I'm wrong -- but

11   redact certain information there.  And I think that

12   that is a positive step and a good solution to

13   Mr. Streett's concern.

14           There were some issues relative to his

15   relationship to Mr. Cooper.  I have not talked to

16   him about the extent of it.  I'm just going to kind

17   of segue into because this indirectly relates to the

18   deadlines that were contained within scheduling

19   order number 4, but that was the impetus for me

20   filing a motion to withdraw as well, because what I

21   did not want to have happen here is, I did not, A,

22   want to have Mr. Streett pursue a trial strategy

23   with being 14 days into a case of such a magnitude.

24   That's the first issue.  And I think we may have

25   resolved that issue.  Okay?

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

18

```
 1              The second approach is that Mr. Streett
 2   and I have had brief conversations.  I have told him
 3   at the outset of my appointment, as I do in cases of
 4   this nature where I come in and I'm lawyer number 2,
 5   I'm lawyer number 5, what I need to do is, I need to
 6   review the discovery before I make my initial
 7   meeting with my client, only to protect his
 8   interests.  I don't like going in and sitting down
 9   and doing a meet-and-greet, as I call them,
10   initially when it is not substantive in nature.  And
11   I think Mr. Streett appreciates that at this point.
12              So in answer -- I'm giving you a
13   long-winded answer here.  But in answer to the
14   Court's question, Mr. Streett would prefer to have
15   the Court rule on the two substantive motions.  His
16   position is that the deadlines have been in place
17   for a period of time, the responses were not filed;
18   I advised him that the Court, in its discretion, can
19   take input and grant an extension of time in which
20   to file responses.  As long as we got off the
21   January 2nd, 2018, trial setting, that gives me
22   relief and that gives Mr. Streett an opportunity to
23   start again with me and hopefully we can come to
24   some solution.
25              The final point is that I appreciate the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

19

```
 1   Government's position.  It makes a heck of a lot of
 2   sense that if, in fact, the parties are negotiating
 3   a plea agreement, a resolution in that manner, that
 4   they should focus on doing exactly that, negotiating
 5   terms, as opposed to trying to develop responses to
 6   substantive motions.  From what I understand from
 7   Mr. Streett, his position, at this point, anyway, is
 8   that he is not interested in a plea offer.  He's
 9   interested in proceeding to trial.  That may change.
10   But at this point, that's his position.
11           THE COURT:  Well, let's make this real
12   simple.  I can set a deadline for the Government to
13   file a response.
14           THE DEFENDANT:  Yes.
15           THE COURT:  And then I can set a hearing.
16   So we can get a ruling.  You know, I have looked at
17   the two motions enough to know that they may take me
18   a little bit of time to get a ruling on them,
19   because there's some substantive issues there.  And
20   I think you can appreciate and Mr. Cooper can
21   appreciate and maybe Mr. Streett can also appreciate
22   I'm probably not going to declare a congressional
23   act unconstitutional without getting input from the
24   Government.  And I'm not going to suppress evidence
25   without getting input from the Government.  So we
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   are where we are.
 2           But if I also understand what Ms. Mease is
 3   saying, if she picks up the pen to prepare a
 4   response, prepare for a hearing, all negotiations
 5   are off.
 6           So it's really your call.  If you want the
 7   Government to prepare a response and me set a
 8   hearing date, I can do that.  But Mr. Streett
 9   probably needs to understand that when that occurs,
10   what I understand is the Government's not going to
11   talk to him anymore about a plea deal, and I can't
12   be involved in that in any way.  That would be
13   inappropriate, unethical for me to be involved.  So
14   I don't have any interest in that at all.  I simply
15   want to do what you all want to do.  But just as
16   long as Mr. Streett understands when he's requesting
17   a ruling on that, it may have some consequences, and
18   just as long as he understands.
19           MR. LOPEZ:  My position, Judge, is
20   frankly, that I would strongly recommend to
21   Mr. Streett to reconsider his position, but this is
22   his case.  I normally don't allow clients to make
23   these kinds of decisions, because it could be fatal.
24   If the Court is aware -- and the Court is probably
25   aware -- there's a lot of downside in this case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   There's a lot of downside in this case.  And I would

2   hope that I would have an opportunity of meeting

3   with Mr. Streett after I have had a chance to look

4   at the discovery, so I can make an informed decision

5   and evaluation of the case before he comes before

6   the Court and says, "Hey, you know what?  No plea.

7   Let's go ahead and get the responses."  That would

8   be my approach.

9            Now, I don't know if the Court is going to

10  hold him to an answer today.  If the Court is going

11  to hold him to an answer today, I will go with

12  whatever he decides.  If he decides to take the

13  chance of there's no more plea negotiations, we're

14  just going to head to trial, that's going to be on

15  him.  That's not going to be on the Court; that's

16  not going to be on anybody else.

17           THE COURT:  Well, maybe you all need to

18  talk.  And it's really your call.  I did have a

19  concern about this January 2nd trial date, because I

20  was getting letters that he --

21           MR. LOPEZ:  Correct.

22           THE COURT:  -- didn't want to proceed pro

23  se, which made perfect sense to me.  But then I had

24  a motion to withdraw and I figured we better get

25  together and figure out what we're doing on Tuesday

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

 1   of next week.  I think we have got that resolved.

 2   But I thinks it's you all's call.  If you all want

 3   to leave here today and we just not set anything

 4   immediately, then that's fine.  If you are ready to

 5   tell me, then I'll work with you to try to get some

 6   deadlines set.  But I don't have a burning desire to

 7   rush anybody on this thing.

 8           MR. LOPEZ:  Judge, I don't mean to sound

 9   flip, but can we get back to you?  In other words,

10   what I'd like to do is, I'd like to spend some time

11   with Mr. Streett.  I pretty much have given him the

12   caveat that I'm willing to sit down and talk to him

13   about this in more detail, but I'm limited in terms

14   of the information that I have.  And I want to be

15   fair to the Government because I don't want to go

16   down that road of let's set up new deadlines and

17   then have him and I come to her at a later date and

18   say, "Hey, can we negotiate something."

19           THE COURT:  Are you comfortable with that,

20   Mr. Streett?

21           THE DEFENDANT:  I think so, yes, sir.

22           THE COURT:  All right.  Well, why don't we

23   just leave it there.  I will vacate -- let's look at

24   this motion that was submitted.  Are you comfortable

25   with this, Ms. Mease?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MEASE:  Yes, Your Honor.  I just
 2    wanted to say something just to clarify what
 3    Mr. Lopez said earlier about the discovery.  The
 4    protective order was previously entered, and I
 5    believe it was entered for good cause.  I'm
 6    attempting to, working with Mr. Lopez, find portions
 7    of the discovery that Mr. Street might specifically
 8    want to keep in his cell and redact those further so
 9    he can keep them.  It's not going to be a wholesale
10    production for Mr. Streett to keep everything.  I
11    just think that that's kind of untenable and
12    inappropriate, given the nature of the case, but I
13    can certainly try to work with Mr. Lopez to find
14    portions of that discovery that would allow
15    Mr. Streett more time, because I know from talking
16    to Mr. Cooper and talking with Mr. Lopez and reading
17    Mr. Streett's correspondence that that has been a
18    huge burden, and that wasn't the intent.  The intent
19    was to protect the victim's privacy in this case and
20    sort of the integrity of the case as the case moved
21    forward.  But now, understanding from Mr. Cooper and
22    Mr. Streett what a huge burden that is, I would like
23    to try to get some material to Mr. Streett to keep,
24    you know, in the interests of trying to move this
25    forward.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

24

```
 1            So I just didn't want Mr. Streett to have
 2   the impression that he was going to get everything.
 3   It's going to be limited, but I'm going to try to
 4   work with him to that end.
 5            THE COURT:  All right.  So I have the
 6   order granting the United States' motion to stay
 7   deadlines.  It seems to me that it's appropriate.  I
 8   know that Mr. Streett doesn't agree with it, but I'm
 9   going to stay the December 15th deadline, but he's
10   in control of it.  He and Mr. Lopez are in control
11   of it.  So the minute they say, "We don't want the
12   stay," then I'll set a deadline for the Government
13   to respond and then I'll set a hearing.  So that
14   will get things moving so you're sort of in control
15   of that.  So I'll note Mr. Streett's opposition.
16            MR. LOPEZ:  Thank you.
17            THE COURT:  But I'll also grant the
18   motion, but I'll also indicate that basically
19   Mr. Streett and Mr. Lopez are in control of that, so
20   the minute they don't want the stay to be in effect,
21   I'll lift the stay and set some deadline for the
22   Government to respond; I'll set a hearing.
23            In the third paragraph, "It's further
24   ordered the deadlines detailed in scheduling number
25   4 are stayed until further order of the court."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I'm inclined to strike that, because --
 2   we'll just leave all the others, because they're
 3   teed off the trial deadline and the other ones that
 4   have already passed, we won't resurrect those.  So
 5   is everybody comfortable with that?
 6              THE DEFENDANT:  Yes.
 7              THE COURT:  So I'll take that out.  And
 8   then it says, "The Court notes the Defendant was
 9   appointed new counsel on December 13, 2017.  The
10   parties shall submit any motions to continue the
11   current trial date as soon as possible, but no later
12   than December 29, 2017."
13              Do I have in this material that motion?
14   Is that -- let's see.  That's the one that was filed
15   by Mr. Lopez and it's document 88.  So that's that
16   motion.
17              MR. LOPEZ:  Yes, Your Honor.
18              THE COURT:  So let's look at it.  The
19   order there says, "The Court finds that counsel for
20   Defendant be granted an extension of time in which
21   to file pretrial motions."
22              Should I cross that out?  Because we're
23   not extending the deadline for pretrial motions.  If
24   he decides to file motions, you can discuss it with
25   the Government.  Sounds like the Government doesn't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

26

```
 1    have a problem with that.  But at least leave those
 2    deadlines intact?
 3              MR. LOPEZ:  Judge, yes.  I don't have a
 4    problem striking out the reference to pretrial
 5    motions, because it's going to be handled in the
 6    other order.
 7              THE COURT:  Okay.
 8              MR. LOPEZ:  I just wanted to get off the
 9    January 2nd trial date.
10              THE COURT:  Okay.  Extension of scheduling
11    order number 4 deadlines.  I'll take that out, too.
12    So I guess what I'll do is grant an extension of
13    time -- how about if I just say that counsel for
14    Defendant be granted a continuance?
15              MR. LOPEZ:  I appreciate that point.
16              THE COURT:  Continuance of the trial of
17    January 2nd, 2018, to the Court's June 2018 trial
18    calendar.  You still want it to be that?
19              MR. LOPEZ:  I'm sorry?
20              THE COURT:  The rest of it is, you had
21    asked that we extend it to the June 2018 trial
22    calendar.  You still want that?
23              MR. LOPEZ:  I guess everything is
24    dependent upon how quickly I get discovery from the
25    Government, but more importantly, how I can, for
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   lack of a better term, nail down Mr. Streett's
 2   position.  Because if his position is no negotiated
 3   resolution, then I believe we should be ready by
 4   June.  I would hope for six months.
 5           THE COURT:  Let me ask you, Mr. Streett.
 6   What would you want me to put here?  And it can be
 7   changed, if down the road we decide to go different
 8   directions.  What do you want me to put as the trial
 9   date here?  Are you comfortable with June, or would
10   you want something else?
11           THE DEFENDANT:  Since this is the first
12   time I have actually met with my new attorney, we
13   haven't had a chance to talk about any of his
14   schedule, the constraints he may have to go over
15   discovery.  I'm sure he has other cases, so I really
16   don't know what an appropriate time would be, Your
17   Honor.
18           THE COURT:  Okay.  Well, what if I did
19   this?  Would this work for folks?  What if I just
20   extend this trial for a couple of weeks?  Say
21   June -- let's see.  1st, 8th, 15th -- put January
22   15th there.  That will give you some time to talk.
23   And then we can set a more realistic date.  What do
24   you think about that?
25           MR. LOPEZ:  My caveat, once again with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



28

1   Mr. Streett was that we're going to be talking about

2   his case without me having adequate time to

3   evaluate --

4             THE COURT:  What date would you propose

5   then, to give you some time, a little bit of

6   breathing room here?

7             MS. MEASE:  I can get the material that's

8   been further redacted -- I'll talk with my

9   assistant, but I think that can go out by next week,

10  end of next week.  So however long you would want

11  with it at that point.

12            MR. LOPEZ:  March 1?

13            THE COURT:  Can you live with that,

14  Mr. Streett?

15            THE DEFENDANT:  I believe so, Your Honor.

16            THE COURT:  Okay, let's put March 1.  Does

17  that work for you, Ms. Mease, if we put that date?

18            MS. MEASE:  Yes, Your Honor.

19            THE COURT:  And if we need to revisit it,

20  we can.  Let me see what March 1 is, make sure it's

21  a weekday.

22            MS. MEASE:  It's a Thursday.

23            MS. BEHNING:  It's a Thursday, Judge.

24            THE COURT:  So we'll put March 1.  So I'm

25  going to sign this order.  This will take the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    January 2nd date off.

2            So now let's go back to the United States'

3    motion.  "The parties shall submit a motion to

4    continue the trial date, but no later than December

5    29."

6            So we've now done that.  "The parties

7    shall submit any new proposed scheduling orders as

8    soon as possible, but no later than January 5,

9    2018."

10           I propose to take that sentence out.

11           MS. MEASE:  That's fine, Your Honor.

12           THE COURT:  Is that all right with you,

13   Mr. Lopez, Mr. Streett?

14           MR. LOPEZ:  Yes, Your Honor.

15           THE COURT:  So we'll take that -- is that

16   all right with you, Mr. Streett?

17           THE DEFENDANT:  I'm sorry, my counsel and

18   I were discussing --

19           THE COURT:  The last sentence of this

20   order I'm about to enter on the staying of the

21   deadlines.  So we're going to stay this one for the

22   responses.  It says, "The parties shall submit any

23   new proposed scheduling orders as soon as possible

24   but no later than January 5, 2018."  I'm just going

25   to take that out.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE DEFENDANT:  Okay.

 2              THE COURT:  Is that all right with you?

 3              THE DEFENDANT:  Yes, sir.

 4              THE COURT:  All right.  I'll take out.

 5   Now I'm going to sign that order.

 6              So what we've accomplished are two things.

 7   One, I got an order that's vacating the trial,

 8   doesn't do anything else.  And then this other one

 9   is staying the Government's responses, the December

10   15th deadline, and nothing else.  So it doesn't do

11   anything else.

12              And so where we are is that I'll wait and

13   hear from Mr. Lopez and Mr. Streett, and if they

14   decide that they don't want to stay any more of the

15   Government's deadline to file responses, they just

16   need to tell me, and I'll work with the Government

17   to get a deadline for that, and then I'll set a

18   hearing on the two motions.

19              What do you want to do on the rest of

20   these motions?  Just want to leave them for another

21   day, and file those, hear those another day?  I'll

22   tell you what I got here.  I'm interpreting some of

23   Mr. Streett's filings as maybe requesting some

24   things.  The United States has a motion to strike

25   some of those pro se filings.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           I guess what I would propose to do on
2    those is to deny without prejudice all of the
3    Defendant's pro se filings, so we start with a clean
4    slate.  So I deny any sort of request in
5    Mr. Streett's letters or his omnibus motion to
6    suppress, and those sort of things, deny all those
7    without prejudice, so that if he needs to renew
8    those down the road, he can with counsel.  I just
9    leave these two motions that Mr. Cooper filed, and
10   then set those as soon as you all tell me you want
11   them heard.
12          Mr. Lopez, you and Mr. Streett, could you
13   live with that?  That I deny them without prejudice
14   and then if he needs to renew them, he can?
15          MR. LOPEZ:  I don't have an objection to
16   that, Your Honor.  That will give me an opportunity
17   to meet with Mr. Streett and go through those pro se
18   motions.  But I'll be honest with you, my initial
19   concern is, I want to find out from him whether, in
20   fact, he wants to try to negotiate a settlement in
21   this case or whether he wants to proceed with the
22   legal filings.  If, in fact, he wants to proceed
23   with the legal filings, then we will notify the
24   Court by notice that he wishes to reinstate his
25   motions, his pro se motions.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

32

```
 1            THE COURT:  Could you live with that,
 2   Mr. Streett, that I just deny your pro se motions,
 3   the things you have sent to the Court and stuff,
 4   deny those without prejudice, and then if you and
 5   Mr. Lopez want to reraise them, you're free to do
 6   that?  It's without any prejudice.
 7            THE DEFENDANT:  I believe so, Your Honor.
 8            THE COURT:  All right.
 9            Can you live with that, Ms. Mease?
10            MS. MEASE:  Yes Your Honor.
11            THE COURT:  So I'll deny all the --
12   anything that he's done pro se without prejudice,
13   and then you all talk, and if you need to renew
14   them, you can.  I won't strike them from the record.
15   I won't grant that portion of the motion.  I'll just
16   grant it in part and deny it in part, because I'm
17   not striking it; I'm just going to leave it part of
18   the record.
19            And then the only other thing I guess that
20   we have is, I have signed Mr. Cooper's motion to
21   withdraw, so we're done there.
22            And then your motion to withdraw,
23   Mr. Lopez, are you comfortable with, for the present
24   time, withdrawing that motion?
25            MR. LOPEZ:  I will withdraw the motion
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   pending further discussion with Mr. Streett.

2           THE COURT:  All right.  Are you

3   comfortable with that, Mr. Streett?

4           THE DEFENDANT:  Yes, sir, Your Honor.

5           THE COURT:  Are you okay with that,

6   Ms. Mease?

7           MS. MEASE:  Yes, Your Honor.

8           THE COURT:  You don't need to file another

9   motion.  Just file a notice withdrawing that.  And

10  then if you need to come back to the Court, it's

11  also without prejudice, if you need to renew that in

12  some way.

13          MR. LOPEZ:  There was a motion here and I

14  understand where it came from, but from an associate

15  that --

16          THE COURT:  Yes, yes.

17          MR. LOPEZ:  So I presume that he is going

18  to request with that --

19          THE COURT:  Let's see.  That is the --

20          MR. COOPER:  Document 86.

21          THE COURT:  Okay.  Yes, that was the one

22  that I thought was yours, Mr. Cooper.

23          So let me ask Mr. Lopez and Mr. Streett,

24  do you have any objection to me granting the motion

25  for Alexandra Jones to withdraw?



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110              201 Third NW, Suite 1630
Santa Fe, NM 87501                       Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                  1-800-669-9492
                                        e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1               THE DEFENDANT:  No problem, Your Honor.

 2               MR. LOPEZ:  No, Your Honor.

 3               THE COURT:  So I will grant that motion.

 4               MR. COOPER:  Thank you, Your Honor.

 5               THE COURT:  And remind me who Mr. Osborn

 6    was.

 7               MR. COOPER:  Mr. Osborn was an associate

 8    of mine.  He worked for me for a while and then

 9    decided he wanted to go to work for the Government,

10    went to the DA's office in Santa Fe.

11               THE COURT:  Is he out of the case?

12               MR. COOPER:  He is.

13               THE COURT:  Because I thought he was still

14    showing up.

15               MS. BEHNING:  He's technically still in

16    because Alexandra Jones took his place.

17               (A discussion was held off the record.)

18               MR. COOPER:  Shall I submit an order

19    withdrawing him and --

20               THE COURT:  Well, I have already signed

21    the one on Alexandra Jones, so you don't need to

22    redo that.  But you might want to clean up the

23    docket and get Mr. Osborn out.

24               Would there be any objection to that?

25               MR. LOPEZ:  No objection.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Streett, any objection?
 2              THE DEFENDANT:  No, sir.
 3              THE COURT:  So just submit it, note that
 4   there's no objection, and I'll sign that.
 5              MR. COOPER:  Great.  Thank you, Your
 6   Honor.
 7              THE COURT:  So let's look and see if I got
 8   anything else.  So it looks to me like the only
 9   motion I now have pending before me is going to be
10   the two motions that Mr. Cooper has filed on behalf
11   of Mr. Streett, and we'll set those up, then, as
12   soon as possible, or as soon as Mr. Streett and
13   Mr. Lopez indicate.
14              All right, is there anything else we need
15   to discuss while we're together?  Anything else we
16   can do for you, Ms. Mease?
17              MS. MEASE:  Not from the Government, no,
18   thank you.
19              THE COURT:  Mr. Lopez, anything else?
20              MR. LOPEZ:  Thank you very much for your
21   time, Your Honor.
22              THE COURT:  All right.
23              THE DEFENDANT:  Your Honor, I just wanted
24   to say on the record that I'm very disappointed with
25   the Court that you will grant the Government extra
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  time when they knew they had a deadline that they

2  missed.  And I understand from my attorney that

3  that's within your discretion, but I thought

4  deadlines were for a reason and if the Government

5  missed them, then they didn't get do-overs and

6  kicking the can down the road any further.  I guess

7  I'm told that that's an appeal issue that will have

8  to be handled at appeal if that's where that has to

9  go.

10         THE COURT:  Yes, that's true.  And again,

11  let me say that because of the seriousness of the

12  motions that you filed through Mr. Cooper or

13  Mr. Cooper has filed on your behalf, I need all the

14  help I can get.  I mean, I don't want to strike down

15  a congressional statute and not have the input of

16  the Government.  That I think would not be good.

17  And the same way with suppressing evidence.  So I'm

18  going to need all the input I can get.  These are

19  going to be motions that I need to give some thought

20  to.  So that's the reason I'm doing it.

21         And also, I have heard before -- again, I

22  don't want to get involved in any settlement

23  negotiations -- but the Government's position, I

24  have heard it before, that if they have to start

25  writing and working the case, they're going to take

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492


```
 1   any sort of settlement discussions off the table.
 2   And I don't know where settlement negotiations were,
 3   and I'm not sure I really need to know, but I can
 4   understand that there were some discussions, and
 5   that's the reason that the Government didn't pursue
 6   the deadline.
 7            But in any case, those are the reasons why
 8   I think that it's wise for me to just leave things
 9   where we have it.  Your objection is noted, and if
10   you need to appeal at some point, that's certainly
11   an issue that you can take up with the Tenth
12   Circuit.
13            THE DEFENDANT:  I understand that, and
14   with all due respect, Your Honor, I have read a few
15   circuit decisions and some Supreme Court decisions
16   where the Court was faced with multiple motions in
17   front of them; and considering one, in ruling on
18   one, say, document 78, which is a suppression
19   motion, if that occurred and the counts were
20   dismissed based on the lack of evidence, the other
21   motion, motion 77, could be left as unnecessary for
22   the Court -- the constitutional issue could be left
23   as unnecessary for the Court to decide at this time.
24            THE COURT:  No, that's right.  Appellate
25   courts particularly try to avoid constitutional
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   issues.  Sometimes trial courts have a little bit

 2   more difficulty doing that, because we're trying to

 3   get things ready for trial.  So in some ways,

 4   sometimes I have to give advisory opinions, and I'm

 5   required to, to make sure that, you know, you know

 6   what the evidence is going to be before trial.  Some

 7   of those are in the nature of an advisory opinion as

 8   to what you'll see at trial.

 9           But you're right.  The appellate courts

10   certainly try to avoid deciding constitutional

11   issues, and things can be set up to do that.

12           THE DEFENDANT:  And I can understand Your

13   Honor's position on not wanting to decide such a

14   large item.  I do understand that.

15           And as to your comments about the

16   negotiating deadline, I was made aware by Mr. Cooper

17   that the Government deadline which we were working

18   with, I believe, was the 17th of November, had

19   firmly passed and we had made the decision to go on

20   to trial based on the fact that the Government would

21   not discuss any further plea offers.  And I was

22   concerned with the Government's filing in their

23   request to stay deadlines that they cited the need

24   for hearing or discussing a current plea offer when

25   there was no current plea offer.  I believe the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government was disingenuous when they said that,

2  because there was no current plea offer that I had

3  been made aware of through any counsel of record or

4  directly by the Government.  So I don't think that

5  was fair for the Government to make that assertion

6  that there was a current plea offer and that being a

7  reason to give more time when there was not a

8  current plea offer.

9          THE COURT:  Okay.

10          MS. MEASE:  Your Honor, I was simply

11  trying to extend a courtesy to Mr. Streett to let

12  him discuss the offer with his new lawyer.  That's

13  all.  And I am not sure that's registering right

14  now, but hopefully Mr. Lopez can speak with him

15  about that.

16          THE COURT:  All right.  Well, we'll kind

17  of move forward here.  This is a clean slate.  So

18  maybe we can move forward.

19          Anything else, Mr. Streett?

20          THE DEFENDANT:  I don't believe so at this

21  time, Your Honor, unless you could be compelled with

22  one more plea to rule on those motions sooner than

23  later and not grant the Government the deadline.  I

24  understand if you want to entertain input from them,

25  but I would have thought that legally and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   statutorily, by them missing a deadline, that those

2   could be the equivalent of a summary judgment and be

3   granted without the Court having to be obligated to

4   take response from the Government.

5            THE COURT:  Well, I'm just going to be

6   very cautious on this.  I'm not going to declare an

7   act of Congress unconstitutional without input from

8   the Government.  And the same way with suppressing

9   evidence.  So I'm just going to be more cautious in

10  that.  I understand your position.

11           THE DEFENDANT:  Yes, Your Honor, and

12  that's actually the more -- suppression of evidence

13  on document 78 was more the concern to me than 77,

14  is that would be moot after 78 would be considered.

15           THE COURT:  Okay.  Well, maybe we can

16  educate me a little bit more and maybe I can take

17  them up in the order that you want.  They're your

18  motion, so I'll probably let you argue them in the

19  way that you want to.  Anything else, Mr. Streett?

20           THE DEFENDANT:  No, Your Honor.

21           THE COURT:  Thank you, Mr. Cooper.  I

22  appreciate you coming over and helping me clear some

23  things up.

24           MR. COOPER:  No, Your Honor, thank you.

25           THE COURT:  You all have a happy new year.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   I appreciate everybody making themselves available,

2   and I'll get these orders entered and wait to hear

3   from Mr. Lopez and Mr. Streett.  You all have a good

4   weekend.

5           MR. LOPEZ:  Thank you.

6              (Court adjourned at 10:54 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4                  REPORTER'S CERTIFICATE

5        I, Mary Abernathy Seal, RDR, CRR, CCR, do

6    hereby certify that the foregoing pages constitute a

7    true transcript of proceedings had before the said

8    Court held in the City of Albuquerque, New Mexico,

9    in the matter therein stated.

10       In testimony whereof, I have hereunto set my

11   hand on this 3rd day of January, 2018.

12

13   _____

14        Mary Abernathy Seal, RDR, CRR, CCR
          BEAN & ASSOCIATES, INC.
15        NM Certified Court Reporter #69
          License expires:  12/31/18
16

17

18   Date taken:  December 28, 2017

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com