FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 9 2018

CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENTLEY STREETT,

    Defendant.

CR No. 14-3609 JB

## ORDER

On October 24, 2018, Defendant Bentley Streett filed Defendant's Unopposed Motion to Extend Time to File Findings of Fact and Conclusions of Law. (Doc No. 160).

1. On September 10 and 11, 2018, this Court conducted evidentiary hearings on defendant's motion to dismiss and motion to suppress. (Doc. 155).

2. Scheduling Order No. 6 calls for findings of fact and conclusions of law to be filed by October 26, 2018. (Doc. No. 157). Based on a need to address other unanticipated matters, the defense has asked for an additional five days, until October 31, 2018, in which to file those findings of fact and conclusions of law. The extension will not affect any other matter in Scheduling Order No. 6.

3. The Government does not oppose this motion.

**IT IS THEREFORE ORDERED THAT**: Mr. Street's Unopposed Motion to Extend Time to File Findings of Fact and Conclusions of Law is granted. Findings of fact and conclusions of law for both parties must now be filed by October 31, 2018.

_____
UNITED STATES DISTRICT JUDGE