IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. CR 14-3609 JB

BENTLEY STREETT,

    Defendant.

## ORDER

On November 1, 2018, Defendant Bentley Streett filed Defendant's Unopposed Motion for a Nunc Pro Tunc Order to Extend Time to File Findings of Fact and Conclusions of Law.

1. The Court had granted the first unopposed continuance in this matter, extending the time to October 31, 2018 for both sets of findings of fact and conclusions of law. (Doc. No. 162).

2. Defense counsel's physical issues and other matters requiring attention in his solo practice prevented the filing of the documents by the current October 31, 2018.

3. The Government is unopposed and the parties agree to file their findings of fact and conclusions of law related to the motion to dismiss simultaneously on November 1, 2018 and the findings and conclusions on the defense motion to suppress on November 2, 2018.

**IT IS THEREFORE ORDERED THAT**: Mr. Street's Nunc Pro Tunc Unopposed Motion to Extend Time to File Findings of Fact and Conclusions of Law is granted. Findings of fact and conclusions of law for the motion to dismiss shall be filed by November 1, 2018 and the findings and conclusions for defendant's motion to suppress shall be filed by November 2, 2018.

_____
UNITED STATES DISTRICT JUDGE