IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.14-CR-3609-JB |
| | ) | |
| BENTLEY STREETT, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Unavailability**

Defendant Bentley Streett, by and through counsel of record Harry Zimmerman, respectfully notices this Court, opposing counsel, and co-counsel that undersigned counsel will be out of state and unavailable February 18-20, 2019, March 18-22, 2019, and April 30, 2019 through May 3, 2019.

Dated:  February 9, 2019                    Respectfully submitted,

_____
Harry Zimmerman
12231 Academy Rd NE, 301-315
Albuquerque, NM 87111
Tel: (505) 293-6859
Fax: (866) 777-1126
Email: hzattorney@gmail.com
Attorney for Bentley Streett

**Certificate of Service**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on February 9, 2019 using the CM/ECF system.

_____
Harry Zimmerman