IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.14-CR-3609-JB |
| | ) | |
| BENTLEY STREETT, | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Unavailability

Defendant Bentley Streett, by and through counsel of record Harry Zimmerman, respectfully notices this Court, opposing counsel, and co-counsel that undersigned counsel will be unavailable from December 12-24 due to a medical procedure.

Dated:  November 5, 2019                   Respectfully submitted,


<u>Harry Zimmerman</u>
Harry Zimmerman
12231 Academy Rd NE, 301-315
Albuquerque, NM 87111
Tel: (505) 293-6859
Fax: (866) 777-1126
Email: hzattorney@gmail.com
Attorney for Bentley Streett

## Certificate of Service

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on November 5, 2019 using the CM/ECF system.

_____
Harry Zimmerman