IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,                    Crim. No. 14-3609 JB

vs.

BENTLEY STREETT,

        Defendant.

### SENTENCING PLEADINGS SCHEDULING ORDER

At the parties' request, the Court hereby imposes the following scheduling order with respect to the upcoming sentencing hearing, scheduled for April 14, 2020. Doc. 204.

| | |
|---|---|
| February 14, 2020 | Formal objections to Presentence Report (PSR) due |
| February 28, 2020 | Responses to PSR objections due |
| March 13, 2020 | Sentencing Memorandum due (concurrent filing) |
| March 27, 2020 | Responses to Sentencing Memorandum due (concurrent filing) |
| April 14, 2020 | Sentencing Hearing |

_____
UNITED STATES DISTRICT JUDGE

DATED: January 21, 2020

Submitted by:
SARAH J. MEASE
Assistant United States Attorney

Approved by:
MARTIN LOPEZ, III
Counsel for Defendant