IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

    Plaintiff,

vs.                                                                                                  CR No. 14-03609-JB

BENTLEY A. STREETT,

    Defendant.

### ORDER

**THIS MATTER** coming before the Court upon Defendant's Unopposed Motion to Restrict Access to Document Numbers 215 and 216, filed February 20, 2020 (Doc. 217). The Court being fully advised in the premises, **FINDS** the Motion is well-taken.

**IT IS HEREBY ORDERED**

1. Documents 215 and 216 shall be entered as restricted documents accessible by only Defense Counsel and the Court.

2. The United States shall destroy any copies of Mr. Streett's letters in its possession along with any notes made from those documents.

3. Any further *pro se* filings by Mr. Streett shall be filed with similar restrictions.

_____
UNITED STATES DISTRICT JUDGE