IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF NEW MEXICO,

       Plaintiff,

vs.                                                CR No. 14-03609-JB

BENTLEY A. STREETT,

       Defendant.

## ORDER ALLOWING WITHDRAWAL AS COUNSEL OF RECORD AND FOR SUBSTITUTION OF COUNSEL

**THIS MATTER** coming before the Court upon the Counsel's Sealed Motion for Withdrawal as Counsel of Record and Substitute Counsel, and the Court having reviewed said Motion and otherwise being fully advised in the premises, **FINDS** that the Motion is well-taken and should be granted.

**IT IS HEREBY ORDERED** that Martin Lopez, III, P. C. (Martin Lopez, III) and Harry Zimmerman be allowed to withdraw as counsel of record for Defendant Bentley A. Streett.

_____
UNITED STATES DISTRICT JUDGE

Approved:

Electronically filed motion 2/4/20
Martin Lopez, III
Attorney for Defendant Streett

Electronically filed motion 2/4/20
Harry Zimmerman
Attorney for Defendant Streett

The Government takes no position 2/4/20
Sarah Mease, AUSA