IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                 No. CR 14-3609 JB

BENTLEY STREETT,

    Defendant.

## ORDER TO VACATE SENTENCING

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Vacate the March 26, 2021 Sentencing Hearing; the Court having reviewed said Motion and having been informed the Government has no objection thereto; the Court having otherwise been fully informed herein and having determined that the Unopposed Motion is well-taken and should be granted:

THE COURT HEREBY FINDS that a continuance of the sentencing hearing requested within the Unopposed Motion is necessary at this juncture for the reasons set forth in the Unopposed Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the sentencing hearing currently scheduled for March 26, 2021, is hereby vacated and ~~will be reset by further order of the Court~~ is reset for June 1, 2021 at 1:30 PM.

_____
UNITED STATES DISTRICT JUDGE