1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW MEXICO

3

4    UNITED STATES OF AMERICA,

5          Plaintiff,

6          VS.                    CR. NO. 14-3609 JB

7    BENTLEY STREETT,

8          Defendant.

9

10

11
           Transcript of Status Conference proceedings
     before The Honorable James O. Browning,
     United States District Judge, Albuquerque, Bernalillo
12   County, New Mexico, commencing on March 26, 2021.

13

     For the Government:  Ms. Sarah Mease (Via Zoom)
14
     For the Defendant:   Mr. Paul Linnenburger (Via Zoom)
15

16

17

18

19            Jennifer Bean, FAPR, RDR, RMR, CCR
                 United States Court Reporter
20               Certified Realtime Reporter
                    333 Lomas, Northwest
21               Albuquerque, NM  87102
                 Phone:  (505) 348-2283
22                 Fax:  (505) 843-9492

23

24

25




SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

1          THE COURT:  All right.  Good afternoon

2    everyone.  I appreciate everybody making themselves

3    available to me this afternoon.

4          The Court will call United States of

5    America versus Bentley A. Streett, Criminal Matter

6    No. 14-CR-3609 JB.

7          If counsel will enter their appearances for

8    the Government.

9          MS. MEASE:  Good afternoon, Your Honor.

10   Sarah Mease for the United States.

11         THE COURT:  Ms. Mease, good afternoon to

12   you.

13         And for the defendant.

14         MR. LINNENBURGER:  Good afternoon, Your

15   Honor.  Paul Linnenburger on behalf of Mr. Streett,

16   who is present and participating via video from the

17   institution where he is in custody.

18         THE COURT:  All right.  Mr. Linnenburger,

19   good afternoon to you.  Mr. Streett, good afternoon

20   to you.  Can you hear me, Mr. Streett?

21         THE DEFENDANT:  Yes, sir.

22         THE COURT:  All right.  Well, we were

23   supposed to have a sentencing today.  I thought all

24   my work was done for it, but I guess we're going in a

25   different direction now.  And so y'all requested a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   status conference -- or I guess you did, Mr.
 2   Linnenburger.  So if you want to address the Court,
 3   you may do so.
 4            MR. LINNENBURGER:  Thank, Your Honor.  Your
 5   Honor, I think as the Court is aware that there is a
 6   pending motion to withdraw the plea.  I anticipate
 7   the likelihood of a second motion to withdraw the
 8   plea based on a different argument in a different
 9   section of the rule to be filed within the next week.
10   And so I asked for a status conference because I
11   wanted to -- I was hoping to discuss with the Court
12   scheduling.  And I know that as to the first motion
13   to withdraw that the Government made, believes that
14   they may need testimony --
15            THE COURT:  Hold on, hold on.
16            MR. LINNENBURGER:  -- may need evidence.  I
17   anticipate --
18            THE COURT:  Hey, hold on.  Let me get my
19   calendar up here if we're going to discuss that.
20   Hold on.  I left it in my chambers.
21            All right.  Go ahead, Mr. Linnenburger.
22            MR. LINNENBURGER:  I anticipate as to the
23   second motion to withdraw -- and I have had basic
24   conversations with the Government as to what the
25   general grounds of that would be -- I anticipate that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they will seek to put on evidence as to that second
 2    motion.  And I apologize on the timing, Your Honor.
 3    After taking -- getting appointed to this case, as
 4    quickly as I could, I got through the 5000-some pages
 5    of discovery.  As well as the Court knows there have
 6    been multiple prior counsels.  So it took some time
 7    to gather up materials from prior counsel and to get
 8    through those as well to make sure that I had fully
 9    examined these issues relating to a possible
10    withdrawal of the plea.
11            And so for that reason, Your Honor, I --
12    you know, I would anticipate that by late April or
13    mid April, briefing will be completed as to both
14    motions.  And if the Court wishes to hear evidence as
15    to the first motion, I imagine it will be a
16    significant overlap as to the evidence that would be
17    presented towards each.  The first, Your Honor,
18    addresses arguments under Rule 11(b)(3).  The second
19    would be what I would call a more traditional motion
20    to withdraw the plea.
21            And so with that, Your Honor, I had just
22    hoped for an opportunity to get with the Court, and
23    to make sure that we can have these issues addressed
24    prior to preparations for sentencing.  I understand
25    that previously there had been, at least through the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  informal objections process, issues with the PSR had

2  been raised with Probation.  And in an effort to

3  preserve some resources, I have not yet delved into

4  fully -- although I have in my review, and I

5  anticipate there would be some significant objections

6  related to the PSR -- but I did not want to expend

7  those resources, if ultimately that would be

8  unnecessary due to a granting of a motion to withdraw

9  the plea, Your Honor.

10         THE COURT:  Well, I'm not asking you to

11  argue the motion, but what is -- a three-sentence

12  paragraph -- the basis for him wanting to withdraw in

13  the first motion?

14         MR. LINNENBURGER:  Your Honor, in the first

15  motion, boiled down to its essence, we have argued

16  that there is a lack of factual basis as to one of

17  the counts that was included in the plea, under Rule

18  11(b)(3), and I that that provides a fair and just

19  reason for withdrawal.

20         And the second, as I said, will be a more

21  traditional analysis of the Tenth Circuit factors

22  related to Rule 11(d).

23         THE COURT:  Early in my career I would

24  always grant motions to withdraw, and it was just --

25  it was just a train wreck.  I just saw train wreck

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  after train wreck, with men spending the rest of
2  their lives in prison because they decided to
3  withdraw from plea agreements and go to trial, and
4  then literally get life sentences after that.
5           I guess I just -- you know, I haven't
6  studied everything in preparation for a sentencing
7  because we keep getting close, but never get there.
8  But I just have a real foreboding of Mr. Streett
9  wanting to get out of the plea agreement.  Because my
10 experience has taught me that it's usually -- I'm
11 just watching a train wreck occur.  I'm sure you've
12 talked to him.  You're an experienced counsel.
13 You've probably seen the same thing.  It's just
14 usually pretty ugly when we try to go to trial on
15 something like this, and people walk away from a plea
16 agreement.
17          MR. LINNENBURGER:  Your Honor, not to get
18 into -- without getting into any privileged
19 conversations, I can represent to the Court that I
20 have had numerous discussions with Mr. Streett as to
21 the potential ramifications of seeking to withdraw
22 the plea, and if it ultimately got there, the
23 potential ramifications of a successful withdrawal of
24 the plea.
25          THE COURT:  Mr. Streett had concerns before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    he pled guilty about the factual basis of one or more
 2    of the counts, because he wrote me letters telling me
 3    that Mr. Lopez yelled at him and they had
 4    disagreements about the factual basis.  So it's a
 5    little hard to say that that issue did not exist
 6    before Mr. Streett went into -- I believe in front of
 7    a magistrate judge -- and went ahead and decided to
 8    plead to the factual basis of those.  And like I
 9    said, I have not studied the plea agreement, but I
10    will bet that, even though -- if he were successful
11    in withdrawing his plea or plea agreement that those
12    representations that he made to the magistrate judge
13    could be used against him at the trial.  I have seen
14    that.  And that's what makes withdrawing from a plea
15    so ugly in this district.
16              MR. LINNENBURGER:  Your Honor, and I --
17    again, without -- avoiding getting into any
18    privileged matters, either communications between
19    myself and Mr. Streett, or work product issues -- is
20    that part of the reason that it has taken some time
21    in the filing of these motions was, I have been
22    working through my duties as -- of candor to the
23    Court -- and to ensure that the arguments that were
24    presented that I was comfortable that they were
25    viable, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Thank you, Mr.
 2   Linnenburger.
 3              Ms. Mease, your thoughts on any issues
 4   here?  And then maybe I can work with y'all to get a
 5   date set before we leave here today to have a hearing
 6   on these two motions if there are going to be two.
 7   Ms. Mease?
 8              MS. MEASE:  Thank you, Your Honor.  In the
 9   Government's response to the first motion to
10   withdraw, I filed a lengthy response, and obviously
11   we're not arguing that now and I'm not going to get
12   into the weeds on that, but I did suggest that an
13   evidentiary hearing was not necessary.
14              Without seeing Mr. Linnenburger's new
15   motion, second motion, I can't really take a position
16   on whether I would need to put on evidence.  So I'm a
17   little hesitant to commit to a date here, because I
18   would need to confer with Mr. Lopez, because he would
19   likely be the party that I would put on to testify
20   regarding, you know, plea negotiations and the
21   discussions he had with Mr. Streett leading into the
22   plea.
23              So perhaps if the Court could give us a
24   couple date options, we could get that reserved for
25   at least argument, and I could have Mr. Lopez try to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    keep that open in the event I do need to call him as

2    a witness.

3           The other thing I'll mention to the Court

4    is Mr. Lopez and I, after the plea, we had some

5    discussions that I think may be beneficial here.  We

6    were considering proposing for the Court some type of

7    sentencing scheduling order.  And I think that may be

8    helpful here.  I know in some ways that's putting the

9    cart before the horse, when we haven't had a ruling

10   on the motion to withdraw.  But it may be beneficial

11   to at least lay out a timeline for a hearing, at

12   least from the parties on legal arguments on the

13   motion to withdraw, with the possibility that there

14   could be evidence there, depending on what's included

15   in Mr. Linnenburger's second motion, a deadline for

16   formal objections to the PSR, and a deadline for a

17   sentencing memoranda, and then the sentencing

18   hearing.

19          This case, as the Court knows, has just

20   been pending for such a long time, I would really

21   like to keep things moving.  And I think the best way

22   to do that is just to lay out some firm deadlines

23   that the parties can work toward, with the

24   understanding that, if for some reason the Court were

25   to grant the motion to withdraw -- which I so far

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    have seen nothing that would warrant that -- that we
 2    would need to revisit the scheduling order.  But I
 3    think we need to just keep moving forward as best we
 4    can here.
 5              THE COURT:  All right.  Well, let's circle
 6    back to some of those issues in a moment, Ms. Mease.
 7              Mr. Linnenburger, when do you think these
 8    two motions -- assuming there will be motions -- the
 9    second motion -- when do you think they will be fully
10    briefed and ready to go?
11              MR. LINNENBURGER:  Your Honor, I don't
12    believe -- assuming a normal briefing schedule for a
13    response, and obviously if Ms. Mease requires
14    additional time, I would be more than willing to
15    agree to that, but I suspect that she would not --
16    she may not.  But I would think that by the end of
17    April it is likely that full briefing would be
18    accomplished.  I think that following the response I
19    could get a reply in relatively short order, and that
20    we'd be prepared for a hearing on these, essentially,
21    anytime in May the Court may have available, Your
22    Honor.
23              THE COURT:  Okay.  Let me ask Ms. Rotonda
24    to look at the calendar for the first week of May and
25    see what we have.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1          Do you have an estimate as to how long you
 2    think the hearing would last for these two motions,
 3    Mr. Linnenburger?
 4          MR. LINNENBURGER:  Your Honor, my best
 5    estimate at this time would be that it would be best
 6    to set aside half a day.  I can represent to the
 7    Court that I am almost certain that the Government
 8    will seek to put on evidence.  And so -- and I
 9    anticipate that it would be prior counsel.  And so I
10    would think half a day would be safe, Your Honor.
11          THE COURT:  All right.  Does that estimate
12    sound about right to you, Ms. Mease?
13          MS. MEASE:  Your Honor, I think so.  I know
14    the Court recalls there were two attorneys
15    representing Mr. Streett ahead of the plea, Mr. Lopez
16    and Mr. Zimmerman.  If Mr. Linnenburger is confident
17    that I will need to put on witnesses, there is a
18    chance I may put on two.  I don't know if Mr. Streett
19    intends to testify.  If Mr. Linnenburger is prepared
20    to speak to that now, that would help.  But
21    otherwise, I would almost suggest setting aside a
22    day, just to account for extra testimony, if it's
23    needed.
24          THE COURT:  Okay.  So what do we have that
25    week of the 3rd through the 7th?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  (A discussion was held off the record.)
 2              THE COURT:  All right.  Let me give you
 3      some options, and maybe this fits in to somebody's
 4      suggestion -- it might have been Ms. Mease's -- that
 5      I give you some backups.  I want to leave here with
 6      something set, but you can also call back and talk to
 7      Ms. Rotonda if something else works out.
 8              The first -- on the 3rd, 4th, and 5th of
 9      May, I'm in a bench trial in a case that the parties,
10      after they got my ruling on some legal issues, have
11      decided to -- instead of having a jury trial, have a
12      bench trial.  So the 3rd, 4th, and 5th.  That's a
13      long ways off.  You know, it's a civil case.  Chances
14      are it will settle, but I just don't know.  But I
15      could give you a backup there if you wanted it, and
16      then we could just see how it goes.  The 6th and 7th,
17      I have Daubert hearings in that Padilla case.  That's
18      the SNM case that is Phase 2.  It's the one where
19      they're bringing some charges against people because
20      of one of the witnesses in the first round being
21      murdered up in Las Vegas.  So those are set there.
22      Again, I don't know, there are a lot of moving parts
23      in that case, too.  So I could give you backup on
24      those.  On the 11th and 12th; on the 11th I have a
25      two-motion hearing in a civil case.  It's an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    automobile accident case; just don't know how long
 2    that will take and what -- I haven't looked at the
 3    motions.
 4              On the 12th, I have one of these releases
 5    from prison, compassionate releases, for Tommy
 6    Rodella up in Las Vegas.  He's about the last two
 7    years of his term.
 8              The 13th, did you say it was free?  Oh, I
 9    have two pretrial conferences.  So here's what I
10    could do:  I could give you backups on one or more of
11    those dates.  The 11th and 12th, I could just set you
12    sometime a little bit later; wouldn't give you a full
13    day, but would give you something.  If it turned out
14    one of those went away, then we could bump you
15    forward and give you a full day.  The 13th I've got
16    two pretrial conferences.  Still a long ways out.
17    They may go away.  Even if they didn't go away, you
18    could come in and work around them during the day.
19    Any of those, one or more of those dates or options
20    appeal to you, Ms. Mease?
21              MS. MEASE:  Looking at my calendar, I can
22    make any of those work, so I'll put those dates in an
23    email to Mr. Lopez and Mr. Zimmerman.
24              THE COURT:  Okay.  All right.  What do they
25    look like -- what would be your preference, Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Linnenburger?

 2              MR. LINNENBURGER:  I'm completely -- at the

 3    moment I'm completely open on all of those days.  I

 4    think it probably would make the most sense to go

 5    with some of the dates the second week.  It sounds as

 6    those may be more likely.  And obviously, I'll defer

 7    to the Court, but it sounds as though we may be more

 8    likely to be assured a time in those dates than we

 9    would for either the bench trial or the Daubert

10    hearing the week before.

11              THE COURT:  Okay.  Why don't I do this:  I

12    don't think that compassionate release will take too

13    long.  I'll have read everything.  Does that start at

14    8:30?

15              THE CLERK:  Yes.

16              THE COURT:  Why don't I put you on at 10:00

17    on the 12th, so we'll have something in place.  Then

18    y'all just stay in touch with Ms. Rotonda.  And Ms.

19    Mease, if you find out that Mr. Lopez, Mr. Zimmerman

20    aren't available, then you can work to get another

21    one.  I think it would be better if we got something

22    on the calendar so other things don't start filling

23    it up, if I get a break on a trial or a Daubert

24    hearing or something.  Does that work for you, Ms.

25    Mease, if we do that, 10:00 on the 12th, right at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   moment?
 2              MS. MEASE:  Yes.  I like that plan, Your
 3   Honor.
 4              THE COURT:  Is that all right with you, Mr.
 5   Linnenburger?
 6              MR. LINNENBURGER:  It is, Your Honor.
 7   Thank you.
 8              THE COURT:  And we'll stay fluid.  If that
 9   doesn't work for Mr. Lopez or Mr. Zimmerman, call
10   Ms. Rotonda and we'll give you another -- it might be
11   a backup, but I still think it would be better if we
12   get something out there than not have something set,
13   even if we consciously know it's a backup.
14              So what other dates would you like as far
15   as your sort of timetable to sentencing, assuming
16   that I don't grant the motions -- and I'll keep an
17   open mind, I'll read everything and be prepared, so
18   I'm not foreclosing it by just setting a timetable --
19   but what other dates would you like, Ms. Mease?
20              MS. MEASE:  Your Honor, if I can ask how
21   long you would likely need following an evidentiary
22   hearing to push out an order, and then we could go
23   from there?
24              THE COURT:  My guess would be that I
25   probably can rule orally, and then use the time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   between that and the sentencing, if I deny the
 2   motions, to write the opinion.  So I would imagine
 3   with a motion to withdraw it's either going to be
 4   something that I just feel like, Yeah, I need to
 5   grant it, or it's something I need to deny.  So I
 6   don't think it will be something that probably I need
 7   to make a decision while I'm writing it.  Does that
 8   make sense?
 9            MS. MEASE:  Yes.  With the understanding
10   that I don't anticipate filing objections to the
11   PSR -- that's going to fall, I believe, mostly to Mr.
12   Linnenburger -- I would say maybe 30 days out from
13   our hearing on the motion to withdraw, we would aim
14   for an objection deadline, and then another 30 days
15   past that for sentencing memoranda.  And then maybe
16   two weeks following the sentencing memoranda we could
17   aim for a sentencing date.  That would put us
18   sentencing, if we get there, mid to late July, if I'm
19   estimating correctly.
20            THE COURT:  All right.  Does that sound
21   about right to you, Mr. Linnenburger?
22            MR. LINNENBURGER:  Yeah, that sounds fine,
23   Your Honor.  And if the Court or the Government
24   desires a shorter timeframe, I think the 30 days for
25   objections would be appropriate.  I don't know if
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   thereafter we would require another month for
 2   sentencing memorandums.  As the Court knows from my
 3   practice there tends to be some overlap.  And when
 4   I'm looking at sentencing, I tend to be looking at
 5   the broader picture, as well as focusing it on
 6   specifics.
 7            Having said that, Your Honor, if the
 8   Government wishes to have additional time -- I
 9   understand that this is a complicated sentencing in
10   terms of the statutory sentencing factors, and there
11   is a lot of moving parts -- and I would have no
12   objection to the timetable suggested by Ms. Mease.
13   Although, again, if we want to shorten that some, I
14   am fine with that as well.
15            MS. MEASE:  Your Honor, the parties can
16   confer and put together a proposed scheduling order
17   for the Court.  That may be easier than trying to
18   hammer out dates now.
19            THE COURT:  Okay.  Is that all right with
20   you, Mr. Linnenburger?
21            MR. LINNENBURGER:  That's fine, Your Honor.
22            THE COURT:  All right.  So I'll just look
23   forward to an order then from you.  All right.  Can
24   you think of anything else we need to discuss while
25   we're together?  Anything else I can do for you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   today, Ms. Mease?
 2             MS. MEASE:  I don't believe so, Your Honor.
 3             One thing I'll just flag is that all of the
 4   victims in this case reside out of state; some out of
 5   country, and -- or one, I should say, out of country.
 6   I do know that at least two wish to speak at
 7   sentencing, if we get to a sentencing hearing.  And
 8   so I will be moving to have those statements provided
 9   remotely, which -- in basically the same format we're
10   having this hearing.  So I just wanted to flag that
11   for the Court and Mr. Linnenburger.  And I don't
12   anticipate that would be an issue, but if it is --
13   because I wasn't going to try to have folks flying in
14   from all over to make a victim impact statement.  But
15   if that does become an issue or that's going to raise
16   an objection on Mr. Streett's part, I would like to
17   know sooner rather than later.
18             THE COURT:  Do you anticipate any objection
19   on that, Mr. Linnenburger?
20             MR. LINNENBURGER:  I would have to confer
21   with my client on that, Your Honor.  But I can get
22   with Ms. Mease as soon as possible if there is going
23   to be an issue with that.
24             THE COURT:  Does that work for you, Ms.
25   Mease?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MEASE:  Yes.
 2              THE COURT:  All right.  Anything else we
 3     need to discuss while we're together?  Anything else
 4     I can do for you, Ms. Mease?
 5              MS. MEASE:  Not from the Government, Your
 6     Honor.  Thank you.
 7              THE COURT:  How about you, Mr.
 8     Linnenburger?
 9              MR. LINNENBURGER:  Not from me, Your Honor.
10              THE DEFENDANT:  Your Honor, am I allowed to
11     say something?
12              THE COURT:  Let me finish the hearing,
13     Mr. Streett.  I'll ask Mr. Linnenburger this
14     question:  I did read some of the correspondence that
15     Mr. Streett has sent to me about a gun.  And did that
16     get resolved, Mr. Linnenburger, as to Mr. Streett's
17     satisfaction?
18              THE DEFENDANT:  No, Your Honor.
19              MR. LINNENBURGER:  I don't believe it has,
20     Your Honor.  But I have not had specific conversation
21     with him about that, Your Honor.
22              THE COURT:  Well, you might pass on to him
23     that, you know, just because I have jurisdiction over
24     Mr. Streett, and just because I have jurisdiction
25     over the FBI, doesn't mean I have jurisdiction over
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    things like City of Albuquerque and his mother and
 2    his ex-girlfriend, and those things.  That's largely
 3    probably a civil lawsuit, and it probably is not
 4    going to have any federal nexus.  So just because he
 5    can't have a gun, doesn't mean I can resolve disputes
 6    between third parties out there about a gun.  He
 7    can't have a gun.  But that doesn't mean I have
 8    authority under the Constitution or over the power
 9    that Congress has given us to -- for me to decide
10    those things.  So he can write me letters about it,
11    and go into great detail about who has got what gun
12    out there and stuff.  But those are -- those involve
13    parties that aren't before the Court.  And I would be
14    abusing my powers as a judge to start ordering the
15    FBI to go do things that -- telling the executive
16    branch what to do about a gun that doesn't really
17    come before the Court.  So I don't think there is
18    anything I can do about that gun.  And so it probably
19    is not a good use of his time to write me letters
20    about it.  And it's not a good use of my time to be
21    reading about things that I don't have the ability to
22    do anything about, and will not do anything about.
23    Because I don't think it would be proper for me to
24    get involved in that.
25             THE DEFENDANT:  Well, Your Honor, the main
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    issue I had with it, law enforcement agencies report
2    that the gun had been stolen.  It was thought to be
3    with my ex-girlfriend, and she was supposed to turn
4    them over to my family.  And my mom tried to contact
5    every possible law enforcement that had jurisdiction,
6    state police, local sheriffs, and APD, and none of
7    them would even entertain a report as to what had
8    been stolen.  And that was the issue.  She complained
9    that she could prove ownership, but no one would take
10   a report because it was stolen.
11             THE COURT:  Yeah.  Well --
12             MR. LINNENBURGER:  Your Honor, if it
13   remains an issue, I will discuss that with him.  And
14   I appreciate the Court's guidance on that.  I will
15   have those discussions with Mr. Streett.
16             THE COURT:  Yeah.  I mean, I read all that,
17   Mr. Streett, but that's just not part of this case.
18   And I just can't start sweeping in everything that
19   involves Bentley Streett into my case.
20             THE DEFENDANT:  I understand.
21             THE COURT:  So you can write me those
22   letters, and I'll try to read them, but -- to be
23   informed about you as we try to bring this case to a
24   conclusion -- but again, I know you've heard me say
25   this many times, but, you know, you've got some
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    issues that you can take to the Tenth Circuit.  And

2    as long as we keep doing motions to withdraw and

3    things like that, you're never going to get to the

4    Tenth Circuit with those issues.  I've worked hard on

5    them.  I know you disagree with them, and that's

6    fine.  People disagree with me all the time.  And the

7    that's the way our system works.  But as long as we

8    keep working with these motions to withdraw and

9    things like that and get sidetracked about guns and

10   stuff like that, we're never going to keep our eye on

11   the fact that I need to sentence you so that you can

12   get to the Tenth Circuit.  That's the thing that I

13   think you ultimately want.  And the sooner we get to

14   that point, I think it's better for you and all of us

15   to bring it to a conclusion here.  Because I've done

16   just about the best I can.  And I need to get you up

17   to the Tenth Circuit so you can make arguments about

18   your two big motions that you have in the conditional

19   appeal up there.  But you'll have to make a decision.

20   I mean, I know it's not my decision to make.  It's

21   your decision to make.  But I do sort of remind you

22   that we're continuing to delay getting you an

23   ultimate resolution of those two things that have

24   been important to you to be a conditional appeal.

25            THE DEFENDANT:  Thanks, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Getting anything overturned in the Tenth Circuit for

 2    that matter I'm not putting much stock in that.

 3              THE COURT:  Well, if you read the paper

 4    this morning, they got reversed by the Supreme Court

 5    this morning.  So it happens.

 6              THE DEFENDANT:  Yes, I did read that.

 7              THE COURT:  Did you have anything else, Mr.

 8    Streett?

 9              THE DEFENDANT:  I did, as far as I wanted

10    to make sure that any hearings or anything we have

11    were in person.  I was not aware of this conference

12    until minutes before I was brought in here.  But

13    otherwise, I do not consent to having any kind of

14    remote hearings, anything especially that involves

15    witnesses or evidence or anything like that.  So I

16    don't think counsel and I have gotten that far and

17    discussed that.  But since the Government raised it,

18    I do not consent to any kind of remote hearings.

19              THE COURT:  Okay.  Now, sort of

20    unscrambling that for a minute, you don't have to

21    consent to a video sentencing or things like that.

22    So I understand that.  But do you have any problem

23    with, if we get to a sentencing, with these two

24    victims testifying or speaking to the Court by video?

25              THE DEFENDANT:  Yes, Your Honor, I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Okay.  And what's the basis of
2    your objection, Mr. Streett?
3              THE DEFENDANT:  Okay.  Without getting too
4    much information, I have not discussed with counsel.
5    I did read the Government's, at some point in
6    reference to one of the victims.  And much of that
7    information was incorrect and untruthful.  And so I
8    have not a chance to discuss with counsel if he needs
9    to allow to cross-examine this witness, or him raise
10   any of those inconsistencies with what they stated.
11   And I just don't want those untruthful statements to
12   be considered truth in fact, when in fact they're not
13   without anyone challenging it.
14             THE COURT:  Well, I do encourage you to
15   talk to Mr. Linnenburger.  But at a sentencing it's
16   typically not the case that you're entitled to
17   cross-examine.  Nobody is going to cross-examine you,
18   and you get to speak in court.  And nobody typically
19   gets to cross-examine the victims.  So it's one of
20   those things where we just come and everybody just
21   gives their information to the Court, and the Court
22   does the best it can to come up with a sentence that
23   reflects the factors in 18 USC Section 3553(a).  So
24   it's adversarial in that it's you against the United
25   States.  But it's not typically adversarial as to the
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    victims.  They just come and speak.  So oftentimes I
 2    get by letters -- I don't usually have people
 3    objecting to people calling in, listening, and things
 4    like that.  So it's a little bit different hearing
 5    than, you know, hearings like suppression hearings
 6    and things like that, where -- or trials -- where
 7    people do get a right to cross-examine.  So think
 8    about it.  Mr. Linnenburger can look at the issue,
 9    and then if there is not an agreement, then I guess I
10    can look further at the issue.  But I have not had a
11    defendant object before so it's not something I have
12    bottomed out on before in my life.
13            THE DEFENDANT:  Your Honor, some of that
14    information has already been provided, and I've
15    already been able to review, and it's contradictory
16    with the evidence in discovery.  It's a little harder
17    for someone to sit in a courtroom and look you in the
18    face and lie about it than they are in a room 1,000
19    miles away.
20            MR. LINNENBURGER:  Your Honor, to the
21    extent any such objection from Mr. Streett relies on
22    any -- or is tied up the objections to the
23    presentence report, we will obviously address them
24    through that channel.
25            At the same time, Your Honor, I intend to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    have discussions with Mr. Streett as to what the

2    sentencing process entails, what a sentencing hearing

3    details.  And in that conversation, I would discuss

4    with him the Government's request.  And if there are

5    objections remaining at that time, I will notify Ms.

6    Mease, and let the Government know the basis of any

7    objections, so that, if need be, we can get the issue

8    before the Court in advance of sentencing, Your

9    Honor.

10            THE COURT:  And, you know, I'm not imposing

11   this, but there might be a compromise that could be

12   worked.  Maybe the victims could write out their

13   statement.  This often happens that victims read me

14   something here in the courtroom, and they read a

15   statement, and they agree that everything they're

16   going to say is in the statement, and they'll just

17   read that statement to me in open court.  But they've

18   got to send it to you X number of days before the

19   hearing so that Mr. Streett can look at it and be

20   prepared to respond to it.  Something like that is a

21   possibility.  I'm not saying that's the only

22   solution, but it's something y'all might give some

23   thought to.  And that way it addresses Mr. Streett's

24   concerns and it also addresses the distance concerns

25   for the victims.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              All right.  Anything else, Mr. Streett?

2              THE DEFENDANT:  Yes, Your Honor.  I've been

3    trying to get filings from counsel.  I have not

4    received anything after document 230.  And I have not

5    had notice communication to counsel to get those, nor

6    have I seen those.  I still haven't received anything

7    filed from 231 on.

8              THE COURT:  Okay.  Mr. Linnenburger?

9              MR. LINNENBURGER:  Your Honor, without

10   getting into any conversations between Mr. Streett

11   and my office, I will say that documents that are

12   appropriate for Mr. Streett to have have been sent to

13   him.  He may not have received them as of yet, but

14   they have been sent to him.

15             As this Court knows, there is a protective

16   order in place.  And so there are certain documents

17   that I don't believe it's anything on the record or

18   that has been filed in the last few days or weeks.

19   But there are certain things that I am not permitted

20   to provide to Mr. Streett.  And I just want the Court

21   to know that I'm aware of that, and that we have made

22   sure that we have not provided any of the materials

23   that are subject to the protective order.

24             THE COURT:  All right.  Anything else, Mr.

25   Streett?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE DEFENDANT:  Yes, sir, Your Honor.  I'm
 2    aware of what counsel just said.  And I'm not asking
 3    for anything that falls under the protective order.
 4    I'm just asking for anything that's been filed so I
 5    can review it.
 6              THE COURT:  All right.  Anything else, Mr.
 7    Streett?
 8              THE DEFENDANT:  I don't believe so, Your
 9    Honor.
10              THE COURT:  All right.
11              THE DEFENDANT:  I do want a transcript of
12    this hearing.  I don't know what I have to do to
13    request it or be able to get a transcript of it.
14              THE COURT:  All right.  I'm sure Mr.
15    Linnenburger, if y'all decide you want a transcript,
16    can make arrangements for that.
17              All right.  If there is nothing else,
18    y'all -- I appreciate your presentations.  We've got
19    some dates set.  And we'll try to work with each
20    other to make them work for everybody involved.
21              Y'all have a good afternoon, good weekend.
22    Be safe out there, okay?
23              THE DEFENDANT:  One other thing, part of
24    the reason for not wanting to have the remote
25    hearings is I can't confer with counsel on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   anything -- you're asking me questions -- because
 2   it's open, and especially anything that has any
 3   significance.  Beyond this type of hearing, I'd like
 4   to have counsel present so I can ask him when I have
 5   questions or issues with anything.  And that's part
 6   of the concern about not being remote.
 7            THE COURT:  Well, that's fine.  It's your
 8   choice at sentencing whether you want to be here or
 9   not.  But there is a function that we use all the
10   time, that we can give you -- just you and Mr.
11   Linnenburger talk to each other with these government
12   Zooms that we use.  So counsel and defendants talk
13   all the time privately, in privileged ways.  So it
14   can be done, and it is done fairly frequently.  But
15   that's something for you to think about down the road
16   if we get to the point of sentencing.
17            THE DEFENDANT:  Okay.  I'm just not aware.
18   I've never done any of this before, so I'm not sure
19   how that works.
20            THE COURT:  You just ask for it and we put
21   you and Mr. Linnenburger in a chat room, and y'all
22   talk, and we can't hear you.
23            THE DEFENDANT:  Okay.
24            THE COURT:  All right.  Y'all have a good
25   afternoon.  Be safe out there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          (The Court was adjourned.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              C-E-R-T-I-F-I-C-A-T-E

 2

 3    UNITED STATES OF AMERICA

 4    DISTRICT OF NEW MEXICO

 5

 6

 7        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

 8    Official Court Reporter for the State of New Mexico,

 9    do hereby certify that the foregoing pages constitute

10    a true transcript of proceedings had before the said

11    Court, held in the District of New Mexico, in the

12    matter therein stated.

13        In testimony whereof, I have hereunto set my

14    hand on April 23, 2021.

15

16

17

18    _____
      Jennifer Bean, FAPR, RMR-RDR-CCR
19    Certified Realtime Reporter
      United States Court Reporter
20    NM CCR #94
      333 Lomas, Northwest
21    Albuquerque, New Mexico 87102
      Phone:   (505) 348-2283
22    Fax:     (505) 843-9492

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com