# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                     No. CR 14-3609 JB

BENTLEY STREETT,

    Defendant.

## STIPULATED SENTENCING PLEADINGS SCHEDULING ORDER

At the parties' request, the Court hereby imposes the following scheduling order with respect to the upcoming sentencing hearing:

| | |
|---|---|
| June 10, 2021 | Renewed informal objections to Presentence Report ("PSR"), if any, due to United States Probation Office |
| July 1, 2021 | Formal objections to PSR, if any, due |
| July 22, 2021 | Response(s) to objections to PSR due |
| August 5, 2021 | Sentencing memorandum due (concurrent filing) |
| August 19, 2021 | Sentencing hearing |

_____
UNITED STATES DISTRICT JUDGE

DATED: May 27, 2021

Submitted by:

SARAH J. MEASE
Assistant United States Attorney

PAUL LINNENBURGER
Counsel for Defendant