# Lauren Rotonda

| | |
|---|---|
| **From:** | Mease, Sarah (USANM) <Sarah.Mease@usdoj.gov> |
| **Sent:** | Thursday, May 27, 2021 1:29 PM |
| **To:** | Lauren Rotonda |
| **Cc:** | plinnenburger_rothsteinlaw.com |
| **Subject:** | U.S. v. Streett - Letter from USAO |
| **Attachments:** | Ltr. to Court, U.S. v. Streett, 5.27.21.pdf |

**CAUTION - EXTERNAL:**

Lauren,
As requested by Judge Browning, I've attached a letter indicating the USAO does not intend to concede error with respect to Mr. Streett's plea agreement or his efforts to withdraw his plea.

Thanks,

**Sarah Mease**
Assistant United States Attorney
Project Safe Childhood Coordinator
201 Third Street N.W., Suite 900
Albuquerque, NM 87102
Office: (505) 224-1406
Fax: (505) 346-7296
sarah.mease@usdoj.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

*[Handwritten annotation: File this email : the attached ltr on CM/ECF 5/27/21]*



U.S. Department of Justice

*United States Attorney*
*District of New Mexico*

*P.O. Box 607*  
*Albuquerque, NM 87103*

*Phone: (505) 346-7274*  
*Fax: (505) 346-7296*

May 27, 2021

The Honorable James O. Browning
United States District Court
Pete V. Domenici United States Courthouse
333 Lomas Blvd. N.W., Suite 660
Albuquerque, New Mexico 87102

    RE:    *United States v. Bentley Streett*, No. 14-CR-03609 JB

Your Honor:

    During the hearing on the above-referenced matter on May 12, 2021, the Court asked the United States for assurance that it did not intend to concede error on any issue related to the Court's anticipated ruling denying Defendant's motion to withdraw his guilty plea. Doc. 239.[1]

    Following consultation with the United States Attorney's Office Appellate Chief, the United States reiterates the comments made to the Court on May 12, 2021—namely, that the United States has no intention of conceding error with respect to the plea agreement or Defendant's efforts to withdraw his plea.

    Sincerely,

    FRED J. FEDERICI
    Acting United States Attorney

    */s/ Mease*
    SARAH J. MEASE
    Assistant United States Attorney

cc: Paul Linnenburger, counsel for Bentley Streett

---

[1] Defendant filed a second motion to withdraw his guilty plea, Doc. 247, but withdrew that motion during the course of the hearing on May 12, 2021.