IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | CRIMINAL NO. 14-03609 JB |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| **BENTLEY STREETT**, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### UNITED STATES' UNOPPOSED MOTION, *NUNC PRO TUNC*, FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT (DOC. 257)

The United States respectfully moves this Court for an extension of time to file its response to Defendant's Objections to the Presentence Report. Doc. 257. In support of this motion, the United States provides the following:

1. This matter is currently set for sentencing on August 19, 2021. Doc. 254. Sentencing pleading deadlines are presently governed by the parties' stipulated scheduling order. *Id.*

2. Defendant filed his Objections to the Presentence Report on July 2, 2021. Doc. 257. The United States response was due on July 22, 2021. Doc. 254.

3. On July 16, 2021, the United States notified Defendant, through counsel Paul Linnenburger, that it did not anticipate completing its response by the July 22 deadline, due to trial preparation in the matter of *United States v. Freeman,* 20-81 KWR—set for jury trial on July 26, 2021—and personal leave from July 19-21, 2021. Counsel for Defendant indicated he did not oppose an extension for the United States' response.

4. For the reasons identified above, primarily the United States' unavailability due to trial preparation and trial in the matter of *United States v. Freeman*, the United States

respectfully requests an extension on its response to Defendant's Objections to the Presentence Report from July 22, 2021, to July 26, 2021.

5. The requested extension will not impact the remaining sentencing deadlines, nor the date of the sentencing hearing.

WHEREFORE, the United States, hereby respectfully requests, for the reasons set out above, that this Court grant an extension of the deadline to file its response to Defendant's Objections to the Presentence Report from July 22, 2021, to July 26, 2021.

    Respectfully submitted,

    FRED J. FEDERICI
    Acting United States Attorney

    ***Electronically filed on July 25, 2021***
    SARAH J. MEASE
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, New Mexico 87103
    (505) 346-7274

I HEREBY CERTIFY that the foregoing pleading was electronically filed, which caused counsel of record to be served by electronic means.

*/s/*_____
SARAH J. MEASE