IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>             )<br>     Plaintiff,   )<br>             )   Cr. No. 14-3609-JB<br>  vs.        )<br>             )<br>**BENTLEY STREETT**,   )<br>             )<br>     Defendant.   ) | |

### UNITED STATES' MOTION FOR § 3E1.1(b) DOWNWARD ADJUSTMENT

Following the Court's finding that Defendant has demonstrated acceptance of responsibility for this offense pursuant to USSG § 3E1.1(a), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level pursuant to USSG § 3E1.1(b). Prior to the operation of USSG § 3E1.1(a), the Defendant's offense level was 16 or greater.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*Electronically filed November 12, 2021*
SARAH J. MEASE
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7472

I HEREBY CERTIFY that the foregoing pleading
was electronically filed, which caused counsel
of record to be served by electronic means.

*/s/*  _____
SARAH J. MEASE